# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERODE GARNER | * | NO: 20-1179 |
| | * | |
| VERSUS | * | SECTION: S |
| | * | JUDGE MARY ANN VIAL LEMMON |
| PONTCHARTRAIN PARTNERS, INC. | * | |
| AND LOW LAND CONSTRUCTION | * | MAGISTRATE: 1 |
| CO, INC. | * | JUDGE JANIS VAN MEERVELD |

************************************************************************

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

The First Supplemental and Amending Complaint of JERODE GARNER, a person of the full age of majority, supplements and amends his previous Complaint as follows:

**1.**

By adding Paragraph XIV to the previously filed Complaint in this matter to read as follows:

*"XIV.*

*Made defendant herein is **Z. E. SERVICES, LLC**, a Louisiana company authorized to do and doing business within the jurisdiction of this Court, which is indebted unto plaintiff for the reasons as set forth herein and in the previously filed Complaint in this matter."*

**2.**

By adding Paragraph XV to the previously filed Complaint in this matter to read as follows:

*"XV.*

*Upon present knowledge, information and belief, **Z. E. SERVICES, LLC** employed the captain who was operating the tugboat and supervising the crew on January 13, 2020."*

**3.**

By amending Paragraph VII to the previously filed Complaint in this matter to read as follows:

*"VII.*

*On information and belief, plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of* **PONTCHARTRAIN PARTNERS, LLC***,* **LOW LAND CONSTRUCTION CO, INC.***, and* **Z. E. SERVICES, LLC** *in the following, non-exclusive respects:*

   *a)   Breach of a legally imposed duty of reasonable care owed by the defendants to plaintiff;*

   *b)   Failure to provide a reasonably safe place to work;*

   *c)   Failure to properly train and supervise plaintiff;*

   *d)   Failure to take any means or precautions for the safety of defendants' employees, including plaintiff;*

   *e)   Creation and maintenance of unseaworthy vessels and barges;*

   *f)   Failure to provide minimum safety requirements;*

   *g)   Failure to provide adequate equipment for the job in question;*

   *h)   Failure to provide adequate personnel for the job in question;*

   *i)   Other acts of negligence and unseaworthiness which will be shown at the trial of this matter."*

**4.**

Plaintiff repeats, re-alleges, and reaffirms each allegation contained in the previously filed Complaint as though copied herein *in extenso*, except as otherwise specifically modified hereinabove.

**5.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** plaintiff prays that all defendants be duly cited to appear and answer this First Supplemental and Amending Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the plaintiff and against the defendants for all damages to which plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from the date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully Submitted,

*/s/ Tammy D. Harris*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com
jbm@theyoungfirm.com