UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERODE GARNER | * | NO:   20-1179 |
| | * | |
| VERSUS | * | SECTION: S |
| | * | JUDGE MARY ANN VIAL LEMMON |
| PONTCHARTRAIN PARTNERS, INC. | * | |
| AND LOW LAND CONSTRUCTION | * | MAGISTRATE: 1 |
| CO, INC. | * | JUDGE JANIS VAN MEERVELD |

**************************************************************************

## MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **JERODE GARNER**, who, for the reasons set forth in the attached Memorandum, moves this Honorable Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure compelling defendant, **PONTCHARTRAIN PARTNERS, INC.**, to provide initial disclosures as required by Rule 26 of the Federal Rules of Civil Procedure, which were due on September 17, 2020, and to produce responses to plaintiff's discovery requests, which were due on November 2, 2020. A Rule 37 Certificate is attached herein as Exhibit A.

WHEREFORE, plaintiff, **JERODE GARNER**, respectfully requests that this Honorable Court order defendant, **PONTCHARTRAIN PARTNERS, INC.**, to provide its required initial disclosures and to respond to plaintiff's Interrogatories and Request for Production of Documents within a time delay deemed appropriate by the Court.

Respectfully Submitted,

*/s/ Tammy D. Harris*_____
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com
jbm@theyoungfirm.com