UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERODE GARNER | * | NO:   20-1179 |
| | * | |
| VERSUS | * | SECTION: S |
| | * | JUDGE MARY ANN VIAL LEMMON |
| PONTCHARTRAIN PARTNERS, INC. | * | |
| AND LOW LAND CONSTRUCTION | * | MAGISTRATE: 1 |
| CO, INC. | * | JUDGE JANIS VAN MEERVELD |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Plaintiff, JERODE GARNER, moves this Honorable Court for an Order pursuant to Rule 37(a)(3)(A) as well as (B)(iii) and (iv) of the Federal Rules of Civil Procedure compelling defendant, PONTCHARTRAIN PARTNERS, INC., to provide initial disclosures and discovery responses. Plaintiff now submits this Memorandum in Support.

On August 27, 2020, a Scheduling Order was issued which set the deadline for initial disclosures as September 17, 2020. All parties have met that deadline except for defendant, PONTCHARTRAIN PARTNERS, INC. Plaintiff counsel requested disclosures on September 23 and again on September 30. Exhibit B – Emails.[1] Despite defense counsel indicating that disclosures were forthcoming, none were received. *Id*. Plaintiff counsel again requested disclosures on October 19 without reply. *Id*. In the meantime, plaintiff also propounded written discovery on October 2, 2020, making responses due on November 2, 2020. *Id*.

When, on November 5, 2020, defendant had still not provided either disclosures or responses, plaintiff counsel attempted to set a discovery conference and was met with silence. *Id*. Nevertheless, on November 18, 2020, plaintiff counsel called defense counsel and was reassured that disclosures as well as the then past due discovery responses were forthcoming. On December

---

1 Exhibit A is the Rule 37 Certificate.

2, 2020, still having not received either, plaintiff counsel again followed up with defense counsel and was, again, met with silence. *Id*. Plaintiff has given defendant ample time and opportunity to meet its required legal obligations to no avail. As such, plaintiff has been left with no choice but to move this Court to compel defendant, PONTCHARTRAIN PARTNERS, INC., to provide its long overdue initial disclosures and discovery responses.

Accordingly, plaintiff, **JERODE GARNER**, respectfully requests that this Honorable Court order defendant, **PONTCHARTRAIN PARTNERS, INC.**, to provide its required initial disclosures and to respond to plaintiff's Interrogatories and Request for Production of Documents within a time delay deemed appropriate by the Court.

Respectfully Submitted,

*/s/ Tammy D. Harris*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com
jbm@theyoungfirm.com
