UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERODE GARNER | * | NO:   20-1179 |
| | * | |
| VERSUS | * | SECTION: S |
| | * | JUDGE MARY ANN VIAL LEMMON |
| PONTCHARTRAIN PARTNERS, INC. | * | |
| AND LOW LAND CONSTRUCTION | * | MAGISTRATE: 1 |
| CO, INC. | * | JUDGE JANIS VAN MEERVELD |

*************************************************************************

## RULE 37 CERTIFICATE

Pursuant to Federal Rule of Civil Procedure 37.1 (a)(1), undersigned counsel certifies that she in good faith conferred or attempted to confer with counsel for defendant, PONTCHARTRAIN PARTNERS, INC., in an effort to obtain initial disclosures and discovery responses without court action to no avail.

    Respectfully Submitted,

    /s/ Tammy D. Harris
    TIMOTHY J. YOUNG (22677)
    TAMMY D. HARRIS (29896)
    MEGAN C. MISKO (29803)
    JOSEPH B. MARINO, III (29966)
    **THE YOUNG FIRM**
    400 Poydras Street, Suite 2090
    New Orleans, Louisiana 70130
    Telephone (504) 680-4100
    Facsimile (504) 680-4101
    tjy@theyoungfirm.com
    tdh@theyoungfirm.com
    mcm@theyoungfirm.com
    jbm@theyoungfirm.com

# EXHIBIT A