# Tammy Harris

**From:** Tammy Harris
**Sent:** Wednesday, September 23, 2020 1:27 PM
**To:** Calvin Box
**Cc:** Corey Parenton; Barrett Rice
**Subject:** Garner

Hi Calvin. When can we expect your client's initial disclosures?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

  

1

# EXHIBIT B

# Tammy Harris

**From:** Tammy Harris
**Sent:** Wednesday, September 30, 2020 1:13 PM
**To:** Calvin Box
**Cc:** Corey Parenton; Barrett Rice; Rebecca Short
**Subject:** RE: Garner

Hi Calvin. Just following up on your client's initial disclosures and also Mr. Garner has not received his maintenance check for the latter half of September. Please advise.

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

  

**From:** Tammy Harris
**Sent:** Wednesday, September 23, 2020 1:27 PM
**To:** Calvin Box <cbox@rapllclaw.com>
**Cc:** Corey Parenton <corey@seklaw.com>; Barrett Rice <brice@joneswalker.com>
**Subject:** Garner

Hi Calvin. When can we expect your client's initial disclosures?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

# Tammy Harris

| | |
|---|---|
| **From:** | Calvin Box <cbox@rapllclaw.com> |
| **Sent:** | Wednesday, September 30, 2020 3:23 PM |
| **To:** | Tammy Harris |
| **Subject:** | RE: Garner |

Hi Tammy – I'll check into these issues and get back to you.

**From:** Tammy Harris [mailto:tdh@theyoungfirm.com]
**Sent:** Wednesday, September 30, 2020 1:13 PM
**To:** Calvin Box <cbox@rapllclaw.com>
**Cc:** Corey Parenton <corey@seklaw.com>; Barrett Rice <brice@joneswalker.com>; Rebecca Short <rebecca@theyoungfirm.com>
**Subject:** RE: Garner

Hi Calvin. Just following up on your client's initial disclosures and also Mr. Garner has not received his maintenance check for the latter half of September. Please advise.

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)



**From:** Tammy Harris
**Sent:** Wednesday, September 23, 2020 1:27 PM
**To:** Calvin Box <cbox@rapllclaw.com>
**Cc:** Corey Parenton <corey@seklaw.com>; Barrett Rice <brice@joneswalker.com>
**Subject:** Garner

Hi Calvin. When can we expect your client's initial disclosures?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130

# Tammy Harris

| | |
|---|---|
| **From:** | Calvin Box <cbox@rapllclaw.com> |
| **Sent:** | Friday, October 2, 2020 10:43 AM |
| **To:** | Tammy Harris |
| **Subject:** | Garner |

Good Morning Tammy – did your client receive the maintenance check yet. Also, you should be receiving our Initial Disc soon. I was looking through the file and I did not see plaintiff's. Would you mind sending them to me

J. Calvin Box
**Reich, Album & Plunkett, L.L.C.**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: cbox@rapllclaw.com

**CONFIDENTIALITY NOTICE:**

INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of an attorney of the law firm Reich, Album and Plunkett, L.L.C. and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to anyone. If you have received this communication in error, please notify us immediately by reply email or by telephone (call us collect at 504-830-3999) and immediately delete this message and all of its attachments.

# Tammy Harris

| | |
|---|---|
| **From:** | Rebecca Short |
| **Sent:** | Friday, October 2, 2020 12:10 PM |
| **To:** | Calvin Box |
| **Cc:** | Tammy Harris |
| **Subject:** | RE: Garner |
| **Attachments:** | Int to Pontchartrain Partners.doc; rpd to Pontchartrain Partners.doc |

Hi Calvin,

Please see attached our initial discovery to defendant, Pontchartrain Partners, Inc. Please respond within the delays allowed by law.

Thanks,
Rebecca

*Rebecca Short*
Case Manager
The Young Firm
400 Poydras Street, Suite 2090
New Orleans, LA 70130
rebecca@theyoungfirm.com
(504) 680-4100 – phone
(504) 680-4101 – fax
rebecca@theyoungfirm.com
www.jonesactlaw.com
The Young Firm -  A Law Firm Exclusively For Injured Seaman (click here to learn more!)

  

**From:** Tammy Harris <tdh@theyoungfirm.com>
**Sent:** Friday, October 2, 2020 11:04 AM
**To:** Calvin Box <cbox@rapllclaw.com>
**Cc:** Rebecca Short <rebecca@theyoungfirm.com>
**Subject:** Re: Garner

He has not received it.

Rebecca- please send Calvin the discovery for Ponchartrian Partners.

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100

1

f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)



On Oct 2, 2020, at 10:43 AM, Calvin Box <cbox@rapllclaw.com> wrote:

Good Morning Tammy – did your client receive the maintenance check yet. Also, you should be receiving our Initial Disc soon. I was looking through the file and I did not see plaintiff's. Would you mind sending them to me

J. Calvin Box
**Reich, Album & Plunkett, L.L.C.**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: cbox@rapllclaw.com

**CONFIDENTIALITY NOTICE:**

INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of an attorney of the law firm Reich, Album and Plunkett, L.L.C. and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to anyone. If you have received this communication in error, please notify us immediately by reply email or by telephone (call us collect at 504-830-3999) and immediately delete this message and all of its attachments.

# Tammy Harris

| | |
|---|---|
| **From:** | Tammy Harris |
| **Sent:** | Monday, October 19, 2020 11:55 AM |
| **To:** | Calvin Box |
| **Cc:** | Rebecca Short; Corey Parenton; Barrett Rice |
| **Subject:** | RE: Garner |

Hi Calvin. Following up your client's initial disclosures again – they were due September 17. When can we expect those?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

  

**From:** Calvin Box <cbox@rapllclaw.com>
**Sent:** Friday, October 2, 2020 10:43 AM
**To:** Tammy Harris <tdh@theyoungfirm.com>
**Subject:** Garner

Good Morning Tammy – did your client receive the maintenance check yet. Also, you should be receiving our Initial Disc soon. I was looking through the file and I did not see plaintiff's. Would you mind sending them to me

J. Calvin Box
**Reich, Album & Plunkett, L.L.C.**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: cbox@rapllclaw.com

CONFIDENTIALITY NOTICE:
INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of an attorney of the law firm Reich, Album and Plunkett, L.L.C. and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to anyone. If you have received this communication in

# Tammy Harris

| | |
|---|---|
| **From:** | Tammy Harris |
| **Sent:** | Thursday, November 5, 2020 1:50 PM |
| **To:** | Calvin Box |
| **Cc:** | Rebecca Short |
| **Subject:** | RE: Garner |

Hi Calvin. I am setting a discovery conference concerning your client's Initial Disclosures which were due on September 17. Are you available tomorrow or Monday to discuss?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

  

**From:** Tammy Harris
**Sent:** Monday, October 19, 2020 11:55 AM
**To:** Calvin Box <cbox@rapllclaw.com>
**Cc:** Rebecca Short <rebecca@theyoungfirm.com>; Corey Parenton <corey@seklaw.com>; Barrett Rice <brice@joneswalker.com>
**Subject:** RE: Garner

Hi Calvin. Following up your client's initial disclosures again – they were due September 17. When can we expect those?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

# Tammy Harris

| | |
|---|---|
| **From:** | Tammy Harris |
| **Sent:** | Wednesday, December 2, 2020 12:57 PM |
| **To:** | lplunkett@rapllclaw.com |
| **Cc:** | Rebecca Short; Corey Parenton; Barrett Rice; Calvin Box |
| **Subject:** | RE: Garner |

Hi Larry. I have been communicating with Calvin but when we last spoke he advised he would be out of the office for a few weeks. We still have not received initial disclosures which were due on 9/17 or discovery responses which were due on 11/2. Please advise when we can expect these.

Thanks,

TDH

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101
e-mail: tdh@theyoungfirm.com
www.jonesactlaw.com
The Young Firm - A Law Firm Exclusively For Injured Seaman (click here to learn more!)

  

**From:** Tammy Harris
**Sent:** Monday, October 19, 2020 11:55 AM
**To:** Calvin Box <cbox@rapllclaw.com>
**Cc:** Rebecca Short <rebecca@theyoungfirm.com>; Corey Parenton <corey@seklaw.com>; Barrett Rice <brice@joneswalker.com>
**Subject:** RE: Garner

Hi Calvin. Following up your client's initial disclosures again – they were due September 17. When can we expect those?

Tammy D. Harris
Attorney at Law
The Young Firm
400 Poydras Street
Suite 2090
New Orleans, LA 70130
p. (504) 680-4100
f. (504) 680-4101