UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERODE GARNER | * | NO:   20-1179 |
| | * | |
| VERSUS | * | SECTION: S |
| | * | JUDGE MARY ANN VIAL LEMMON |
| PONTCHARTRAIN PARTNERS, INC. | * | |
| AND LOW LAND CONSTRUCTION | * | MAGISTRATE: 1 |
| CO, INC. | * | JUDGE JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that plaintiff, **JERODE GARNER**, brings the attached Motion to Compel against defendant, **PONTCHARTRAIN PARTNERS, INC.**, to be brought before the Honorable Janis van Meerveld, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, on the 6th day of January 2020 or as soon as the Court's docket permits.

Respectfully Submitted,

*/s/ Tammy D. Harris*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com
jbm@theyoungfirm.com